UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELLERS MARKETS, INC., a California corporation; JAMES SELLERS, an individual; DEBORAH SELLERS, an individual,<br><br>Defendants. | CASE NO. CV-10-02506-LB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

Having read and considered the foregoing Stipulation for Dismissal and good cause appearing thereto:

IT IS HEREBY ORDERED that the complaint be dismissed, without prejudice, in its entirety.

IT IS SO ORDERED.

DATED: ___11/23/10___                         _____
                                                                    HON. L.
                                                                    UNITED STATES MAGISTRATE JUDGE

*GRANTED — Judge Laurel Beeler*

1